

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF STAY AND REQUEST FOR RESPONSE TO PETITION IN AN ORIGINAL PROCEEDING

Appellate case name:  *In re Fields*

Appellate case number:  01-17-00430-CV

Trial court case number:  1064743

Trial court:  County Civil Court at Law No. 2

On June 12, 2017, relator Kerry Fields filed a Petition for Writ of Mandamus and an Application for Temporary Relief requesting a stay of trial court proceedings in this cause. The Court **GRANTS** the motion for a temporary stay of trial court proceedings until further order by this Court.

The Court also requests a response to the Petition for Writ of Mandamus. *See* TEX. R. APP. P. 52.4. The response, if any, of any interested party shall be due no later than 5:00 p.m. on Thursday, June 22, 2017.

Judge's signature: /s/ Sherry Radack

☑ Acting individually    ☐ Acting for the Court

Date: June 12, 2017